FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2015
CENTRAL DISTRICT OF CALIFORNIA
BY          DV          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ADRIAN MOON,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>MARION SPEARMAN, Warden,<br><br>　　　　Respondent. | No. CV 12-07211-RGK (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: 1/22/15

*/s/ Gary Klausner*

R. GARY KLAUSNER
United States District Judge