JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN MOON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARION SPEARMAN, Warden,<br><br>　　　　Respondent. | No. CV 12-7211-RGK (DFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: 1/22/15

　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　United States District Judge